1  Law Offices Of Hagen & Hagen*
   Earle Hagen (1925 - 2008)
2  Jeffrey J Hagen - State Bar No. 143754
   (818) 501-6161
3  4559 San Blas Avenue
   Woodland Hills, California  91364
4  Fax   :  (818) 907-6722
   e-mail : jeff@hagenhagenlaw.com
5  Website:  www.hagenhagenlaw.com

6  Attorneys for Debtor

7  *A Debt Relief Agency Making A
   World Of Difference Since 1970...
8  We Help People File For Bankruptcy
   Relief Under The Bankruptcy Code
9
                    UNITED STATES BANKRUPTCY COURT
10                 CENTRAL DISTRICT OF CALIFORNIA
                          NORTHERN DIVISION
11
12 In re:                        )   Case No. **9:15-bk-12180-DS**
                                 )   Chapter 13
13 **Matthew Barney Mielnik,**        )
                                 )   **OPPOSITION BY DEBTOR**
14               Debtor.         )   **MATTHEW B. MIELNIK TO**
                                 )   **MOTION BY US BANK TRUST**
15                               )   **NATIONAL ASSOCIATION, AS**
                                 )   **TRUSTEE OF BUNGALOW SERIES**
16                               )   **F TRUST, ITS SUCCESSORS AND**
                                 )   **ASSIGNS FOR RELIEF FROM THE**
17                               )   **AUTOMATIC STAY; DECLARATION**
                                 )   **OF MATTHEW B. MIELNIK**
18                               )
                                 )   Date:  06/20/2018
19                               )   Time:  0100pm
                                 )   Courtroom: 201
20 _____ )

21      To:  The Honorable Deborah Saltzman, United States Bankruptcy

22 Judge, and US Bank Trust National Association, As Trustee Of

23 Bungalow Series F Trust, Its Successors And Assigns And Its

24 Attorneys Of Record:

25      Debtor Matthew B. Mielnik opposes the Motion By US Bank Trust

26 National Association, As Trustee Of Bungalow Series F Trust, Its

27 ///

28                          Page 1 of 5

Successors And Assigns For Relief From The Automatic Stay, as follows:

1.   Movant US Bank asserts, at page 9 of its moving papers, that Debtor Mielnik is behind postpetition 24 installments, plus postpetition advances and attorneys fees and costs, for a total postpetition arrearage of $34,931.13 through and including the installment due 05/2018. Debtor Mielnik maintains that although he thought he was current with his payments to Movant US Bank, he is at most is only seven installments down, and he is willing and able to make payments pursuant to an adequate protection agreements that he hopes is forthcoming.

2.   Following is a list of the post-11/02/2015 mortgage installments paid by Debtor Mielnik to date:

| Date Of Check | Amount | Payee | Exhibit |
|---|---|---|---|
| 12/04/2015 | $1,227.54 | HSBC Mortgage Services | 1 |
| 01/06/2016 | $1,227.54 | HSBC Mortgage Services | 2 |
| 02/05/2016 | $1,227.54 | HSBC Mortgage Services | 3 |
| 04/14/2016 | $2,437.94 | Seterus, Inc. | 4 |
| 05/10/2018 | $1,218.97 | Seterus, Inc. | 5 |
| 07/15/2016 | $2,455.08 | Seterus, Inc. | 6 |
| 08/30/2016 | $1,227.54 | Seterus, Inc. | 7 |
| 09/29/2016 | $1,227.54 | Seterus, Inc. | 8 |
| 12/05/2016 | $2,455.08 | Seterus, Inc. | 9 |
| 01/20/2017 | $1,228.00 | Seterus, Inc. | 10 |
| 02/25/2017 | $1,227.54 | Seterus, Inc. | 11 |
| 03/20/2017 | $1,227.54 | Seterus, Inc. | 12 |
| 04/19/2017 | $1,228.00 | Seterus, Inc. | 13 |
| 06/21/2017 | $1,228.00 | Seterus, Inc. | 14 |
| 07/21/2017 | $1,228.00 | BSI Financial Services | 15 |
| 08/31/2017 | $1,162.00 | BSI Financial Services | 16 |
| 10/12/2017 | $1,162.00 | BSI Financial Services | 17 |
| 12/21/2017 | $1,162.00 | BSI Financial Services | 18 |
| 02/14/2018 | $1,162.00 | BSI Financial Services | 19 |
| 03/17/2018 | $1,162.00 | BSI Financial Services | 20 |

3.   Debtor Mielnik should have made a total of 30 postpetition installments.  The above analysis shows that Debtor Mielnik has

made 20 payments covering 23 installments.

4.  The only possible explanation for such a large discrepancy between what Movant US Bank alleges and what Debtor Mielnik maintains is that ownership and/or servicing of the loan has been transferred during the two and one-half years of this case from HSBC Mortgage to Seterus, Inc. to BSI Financial Services and now to US Bank.  It's certainly possible that with all of those transfers, Debtor Mielnik's loan was lost in the shuffle.

5.  It should also be noted that although Movant US Bank alleges that Debtor Mielnik is 24 postpetition installments behind, Paragraph 12(h) on Page 9 of its moving papers notes that the three most recent payments received from Debtor Mielnik were on 03/23/2018, 03/07/2018 and 01/04/2018.  It's curious that 30 installments have come due postpetition, 24 are alleged to have been missed, and yet 3 installments are acknowledged to have been received in 2018 alone.

**WHEREFORE,** Debtor Mielnik prays that this Court either deny Movant US Bank's Motion or continue the hearing in order to give the parties an opportunity to both resolve the discrepancy and enter into an adequate protection stipulation, and for such other and further relief as this Court may deem just and proper.

Dated:  06/06/2018                    Respectfully submitted,

                                      **Law Offices Of Hagen & Hagen**

                                      By: _____
                                          **Jeffrey J Hagen**
                                          Attorneys For Debtor
                                          Matthew B. Mielnik

1

## DECLARATION OF MATTHEW B. MIELNIK

2    I, Matthew B. Mielnik, declare:

3    1.   I am the Debtor.

4    2.   I have personal knowledge of the facts stated.

5    3.   Movant US Bank asserts, at page 9 of its moving papers,

6  that I am behind postpetition 24 installments, plus postpetition

7  advances and attorneys fees and costs, for a total postpetition

8  arrearage of $34,931.13 through and including the installment due

9  05/2018.  I maintain that although I thought I was current with my

10 payments to Movant US Bank, I am at most only seven installments

11 down, and I am willing and able to make payments pursuant to an

12 adequate protection agreements that I hope is forthcoming.

13    4.   Following is a list of the post-11/02/2015 mortgage

14 installments I have paid to date:

15

| Date Of Check | Amount     | Payee                  | Exhibit |
|---------------|------------|------------------------|---------|
| 12/04/2015    | $1,227.54  | HSBC Mortgage Services | 1       |
| 01/06/2016    | $1,227.54  | HSBC Mortgage Services | 2       |
| 02/05/2016    | $1,227.54  | HSBC Mortgage Services | 3       |
| 04/14/2016    | $2,437.94  | Seterus, Inc.          | 4       |
| 05/10/2018    | $1,218.97  | Seterus, Inc.          | 5       |
| 07/15/2016    | $2,455.08  | Seterus, Inc.          | 6       |
| 08/30/2016    | $1,227.54  | Seterus, Inc.          | 7       |
| 09/29/2016    | $1,227.54  | Seterus, Inc.          | 8       |
| 12/05/2016    | $2,455.08  | Seterus, Inc.          | 9       |
| 01/20/2017    | $1,228.00  | Seterus, Inc.          | 10      |
| 02/25/2017    | $1,227.54  | Seterus, Inc.          | 11      |
| 03/20/2017    | $1,227.54  | Seterus, Inc.          | 12      |
| 04/19/2017    | $1,228.00  | Seterus, Inc.          | 13      |
| 06/21/2017    | $1,228.00  | Seterus, Inc.          | 14      |
| 07/21/2017    | $1,228.00  | BSI Financial Services | 15      |
| 08/31/2017    | $1,162.00  | BSI Financial Services | 16      |
| 10/12/2017    | $1,162.00  | BSI Financial Services | 17      |
| 12/21/2017    | $1,162.00  | BSI Financial Services | 18      |
| 02/14/2018    | $1,162.00  | BSI Financial Services | 19      |
| 03/17/2018    | $1,162.00  | BSI Financial Services | 20      |

27    5.   I should have made a total of 30 postpetition

28

Page 4 of 5

installments.    The  above  analysis  shows  that  I  have  made  20
payments  covering  23  installments.

    6.  The  only  possible  explanation  for  such  a  large  discrepancy
between  what  Movant  US  Bank  alleges  and  what  I  maintain  is  that
ownership  and/or  servicing  of  the  loan  has  been  transferred  during
the  two  and  one-half  years  of  this  case  from  HSBC  Mortgage  to
Seterus,  Inc.  to  BSI  Financial  Services  and  now  to  US  Bank.   It's
certainly  possible  that  with  all  of  those  transfers,  my  loan  was
lost  in  the  shuffle.

    7.  It  should  also  be  noted  that  although  Movant  US  Bank
alleges  that  I  am  24  postpetition  installments  behind,  Paragraph
12(h)  on  Page  9  of  its  moving  papers  notes  that  payments  were
received  from  me  on  03/23/2018,  03/07/2018  and  01/04/2018.   It's
curious  that  30  installments  have  come  due  postpetition,  24  are
alleged  to  have  been  missed,  and  yet  3  installments  are
acknowledged  to  have  been  received  in  2018  alone.

    I  declare  under  penalty  of  perjury  that  the  foregoing
statements  are  true  and  correct  and  we  could  if  called  upon
competently  testify  thereto.

    Executed  this  6  day  of  06/2018  at  Woodland  Hills,
California.

Matthew B. Mielnik
Declarant

Page 5 of 5

# Exhibit

# 1

**UnionBank**

**CASHIER'S CHECK - PROCESSING COPY**   0503009794

16-49
1220

MUFG UNION BANK, N.A
SAN FRANCISCO, CALIFORNIA
800-238-4486
40244   026

One Thousand Two Hundred Twenty Seven Dollars And Fifty Four Cents   December 04, 2015

$ ******1,227.54

PAY TO THE
ORDER OF   *********************** HSBC Mortgage Services ***********************

**NON-NEGOTIABLE CREDIT**

REMITTER:   Matthew B Mielnik   9 15-bk-12180-PG

⑈0503009794⑈ ⑆122000496⑆ 0566000006⑈   10

PostngDate 20151204
AccountNum 566000006
Serial 503009794
Amount: 1 227 54
DIN (Posting Reference # or Seq #): 77127421

PostngDate 20151204
AccountNum 566000006
Serial 503009794
Amount 1 227 54
DIN (Posting Reference # or Seq #) 77127421

# Exhibit

# 2

**CASHIER'S CHECK - PROCESSING COPY**    0503009858

Overlay ID 90247-13 (06/2007)

16-49
1220

**Union**Bank

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
40244    041

**1227 54**

One Thousand Two Hundred Twenty Seven Dollars and Fifty Four Cents

January 05, 2016

PAY TO THE
ORDER OF    ·····························  HSBC Mortgage Services  ·····························

$ ******1,227.54

REMITTER:    Matthew B Mialnik    9:15-bk-12180-PC

**NON-NEGOTIABLE**
**CREDIT**

⑆0503009858⑈ ⑆122000496⑆ 0566000006⑈    10

PostngDate: 20160105
AccountNum: 566000006
Serial: 503009858
Amount: 1,227.54
DIN (Posting Reference # or Seq #): 77522711

PostngDate: 20160105
AccountNum: 566000006
Serial: 503009858
Amount: 1,227.54
DIN (Posting Reference # or Seq #): 77522711

# Exhibit

# 3

**CASHIER'S CHECK - PROCESSING COPY**    0503009904    15-49
1220

**Union**Bank

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
40244    060

One Thousand Two Hundred Twenty Seven Dollars And Fifty Four Cents    February 05, 2016

$ ******1,227.54

PAY TO THE
ORDER OF    ****************** HSBC Mortgage Services ******************

**NON-NEGOTIABLE
CREDIT**

REMITTER:    Matthew B Melnik   9 15-bk-12180-PC

⑈0503009904⑈ ⑆122000496⑆ 0566000006⑈ 40

PostngDate 20160205
AccountNum 566000006
Serial 503009904
Amount: 1,227 54
DIN (Posting Reference # or Seq #) 77044823

PostngDate 20160205
AccountNum 566000006
Serial 503009904
Amount 1,227 54
DIN (Posting Reference # or Seq #) 77044823

# Exhibit

# 4



**CASHIER'S CHECK - PROCESSING COPY**    0503009989    16-49
1223

MUFG UNION BANK, N.A.
SAN FRANCISCO  CALIFORNIA
800-238-4486
40244    071

Two Thousand Four Hundred Thirty Seven Dollars And Ninety Four Cents    April 14, 2016

PAY TO THE
ORDER OF ·························· Seterus, Inc. ······························    $ ******2,437.94

REMITTER    Matthew B Mielnik    9:15-bk-12180-PC

**NON-NEGOTIABLE
CREDIT**

⑆0503009989⑆ ⑈122000496⑈ 0566000006⑈    ⑉0

PostngDate  20160414
AccountNum  566000006
Serial  503009989
Amount: 2,437 94
DIN (Posting Reference # or Seq #)  77199999

PostngDate  20160414
AccountNum  566000006
Serial  503009989
Amount  2,437 94
DIN (Posting Reference # or Seq #)  77199999

# Exhibit
# 5



**CASHIER'S CHECK - PROCESSING COPY**    0503010031

16:49
1220

MUFG UNION BANK, N.A.
SAN FRANCISCO  CALIFORNIA
800-238-4486
43072    078

⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩**1218 97**

One Thousand Two Hundred Eighteen Dollars And Ninety Seven Cents    May 10, 2016

PAY TO THE
ORDER OF  ·················· SETERUS, INC. ··················    $ ******1,218.97

REMITTER:  MATTHEW B MIELNIK 9:15-BK-12180-PC

**NON-NEGOTIABLE
CREDIT**

⑈0503010031⑈ ⑆122000496⑆ 0566000006⑈    10

PostngDate: 20160510
AccountNum: 566000006
Serial: 503010031
Amount: 1,218.97
DIN (Posting Reference # or Seq #): 77369909

160510A503012000132

PostngDate: 20160510
AccountNum: 566000006
Serial: 503010031
Amount: 1,218.97
DIN (Posting Reference # or Seq #): 77369909

# Exhibit

# 6

**UnionBank**

**CASHIER'S CHECK - PROCESSING COPY**    0503010134

Overlay ID 00247-T3 (08/2007)

16:49
1220

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
07597    089

**2,455.08**

Two Thousand Four Hundred Fifty Five Dollars And Eight Cents

July 15, 2016

PAY TO THE
ORDER OF    ................................ SETERUS, INC. ................................

$ ******2,455.08

REMITTER    MATTHEW B MIELNIK # 9:15-bk-12180-PC

**NON-NEGOTIABLE
CREDIT**

⑆0503010134⑆ ⑈122000496⑈ 0566000006⑈    10

PostngDate: 20160715
AccountNum: 566000006
Serial: 503010134
Amount: 2,455.08
DIN (Posting Reference # or Seq #): 77252912

160715045030010000321

PostngDate: 20160715
AccountNum: 566000006
Serial: 503010134
Amount: 2,455.08
DIN (Posting Reference # or Seq #): 77252912

# Exhibit 7



**CASHIER'S CHECK - PROCESSING COPY**      0503010192

Overlay ID 02247-154 (0503010192)

16:49
1220

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
56446      081

1227 54

One Thousand Two Hundred Twenty Seven Dollars And Fifty Four Cents          August 30, 2016

PAY TO THE
ORDER OF    •••••••••••••••••••••••••••• Saferus INC. ••••••••••••••••••••••••••••

$ ******1,227.54

REMITTER:   Matthew B Mielnik 9:15-bk-12180-PC

**NON-NEGOTIABLE
CREDIT**

⑈05030101922⑈ ⑈1220004960⑈ 05660000060⑈  10

PostngDate: 20160830
AccountNum: 566000006
Serial: 503010192
Amount: 1,227.54
DIN (Posting Reference # or Seq #): 77150826

PostngDate: 20160830
AccountNum: 566000006
Serial: 503010192
Amount: 1,227.54
DIN (Posting Reference # or Seq #): 77150826

# Exhibit

# 8



**CASHIER'S CHECK - PROCESSING COPY**    0503010241

Overlay ID 50241 T3 (08/2007)

16-49
1220

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
56446    095

One Thousand Two Hundred Twenty Seven Dollars And Fifty Four Cents    September 29, 2016

PAY TO THE
ORDER OF    ·························· Setarus Inc. ··························    $ ******1,227.54

REMITTER    Matthew B Mrotnik 9:15-bk-12180-PC    **NON-NEGOTIABLE CREDIT**

⑈0503010241⑈ ⑆122000496⑆ 0566000006⑈  10

PostngDate: 20160929
AccountNum: 566000006
Serial: 503010241
Amount: 1,227.54
DIN (Posting Reference # or Seq #): 77401764

160929045030020000257

PostngDate: 20160929
AccountNum: 566000006
Serial: 503010241
Amount: 1,227.54
DIN (Posting Reference # or Seq #): 77401764

# Exhibit

# 9



**CASHIER'S CHECK - PROCESSING COPY**     0503010369

Overlay ID RC247-T3 (ORIGINAL)

16 49
1220

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
40244     165

2455 08
DOLLARS CENTS

*Two Thousand Four Hundred Fifty Five Dollars And Eight Cents*      December 05, 2016

PAY TO THE
ORDER OF     ·························· Selarus Inc. ··························

$ ******2,455.08

REMITTER:     *Matthew B Mielnik 9:15-bk-12180-PC*

**NON-NEGOTIABLE
CREDIT**

⑈0503010369⑈ ⑆122000496⑈ 0566000006⑈ 10

PostngDate: 20161205
AccountNum: 566000006
Serial: 503010369
Amount: 2,455.08
DIN (Posting Reference # or Seq #): 77234426

---

18120X-J5093070000100

PostngDate: 20161205
AccountNum: 566000006
Serial: 503010369
Amount: 2,455.08
DIN (Posting Reference # or Seq #): 77234426

# Exhibit

# 10

**UnionBank**

**CASHIER'S CHECK - PROCESSING COPY**    0503010429

Overby ID 90647-73 (060067)

18:49
1220

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486

43072    110

⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩⟨⟩ 1228 00

One Thousand Two Hundred Twenty Eight Dollars And No Cents    January 20, 2017

PAY TO THE
ORDER OF    ·················· SETERUS INC ··················

$ ******1,228.00

REMITTER:    MATTHEW B MIELNIK 9:15-BK-12180-PC

**NON-NEGOTIABLE
CREDIT**

⑈0503010429⑈ ⑈122000496⑈ 0566000006⑈    10

PostngDate: 20170120
AccountNum: 566000006
Serial: 503010429
Amount: 1,228.00
DIN (Posting Reference # or Seq #): 77150566

1701230450806120001216

PostngDate: 20170120
AccountNum: 566000006
Serial: 503010429
Amount: 1,228.00
DIN (Posting Reference # or Seq #): 77150566

# Exhibit

# 11

Courtesy ID 00047.71.69/09971

**CASHIER'S CHECK - PROCESSING COPY**    0503010476    18-49. / 1220

 **Union**Bank

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
40244    055

$122754

*One Thousand Two Hundred Twenty Seven Dollars And Fifty Four Cents*    February 25, 2017

PAY TO THE
ORDER OF    ················· *Selerus Inc.* ·······················    $ ******1,227.54

REMITTER:    *Matthew B Mielnik  9:15-bk-12180-PC*    **NON-NEGOTIABLE CREDIT**

⑈0503010476⑈ ⑆122000496⑆ 0566000006⑈    10

---

PostngDate: 20170227
AccountNum: 566000006
Serial: 503010476
Amount: 1,227.54
DIN (Posting Reference # or Seq #): 77521360

---

1702270450300100107

PostngDate: 20170227
AccountNum: 566000006
Serial: 503010476
Amount: 1,227.54
DIN (Posting Reference # or Seq #): 77521360

# Exhibit

# 12



**CASHIER'S CHECK - PROCESSING COPY**     0503010522     16-49.
1220

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
47156     048

One Thousand Two Hundred Twenty Seven Dollars And Fifty Four Cents          March 20, 2017

PAY TO THE
ORDER OF    ***************************** SETERUS INC. *****************************

$ ******1,227.54

REMITTER:   MATTHEW B MIELNIK 9:15-bk 12180-PC

**NON-NEGOTIABLE
CREDIT**

⑈0503010522⑈ ⑆122000498⑆ 0566000006⑈ 10

PostngDate: 20170320
AccountNum: 566000006
Serial: 503010522
Amount: 1,227.54
DIN (Posting Reference # or Seq #): 77519044

PostngDate: 20170320
AccountNum: 566000006
Serial: 503010522
Amount: 1,227.54
DIN (Posting Reference # or Seq #): 77519044

# Exhibit

# 13

Overlay ID 90247 13 (09/2007)

**CASHIER'S CHECK - PROCESSING COPY**  0503010594     16-49
1220

 **Union**Bank

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800 238-4486
43072     089

◇◇◇◇◇◇◇◇◇◇122800

One Thousand Two Hundred Twenty Eight Dollars And No Cents     April 19, 2017

PAY TO THE
ORDER OF  ·········································· SETERUS INC ··········································     $ ******1,228.00

REMITTER   MATTHEW B MIELNIK 9-15-BK-12180-PC

**NON-NEGOTIABLE
CREDIT**

⑈0503010594⑈ ⑆122000496⑆ 0566000006⑈  10

PostngDate: 20170419
AccountNum: 566000006
Serial: 503010594
Amount: 1,228.00
DIN (Posting Reference # or Seq #): 77773923

PostngDate: 20170419
AccountNum: 566000006
Serial: 503010594
Amount: 1,228.00
DIN (Posting Reference # or Seq #): 77773923

# Exhibit
# 14



**CASHIER'S CHECK - PROCESSING COPY**    0503010694    15-49
                                                          1230

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
402-14    071

◇◇◇◇◇◇◇◇◇◇1228.00

One Thousand Two Hundred Twenty Eight Dollars And No Cents    June 21, 2017

PAY TO THE
ORDER OF    ·············· Seterus Inc. ··············    $ ******1,228.00

REMITTER:    Matthew B Mielnik 9:15-BK-12180-PC

**NON-NEGOTIABLE
CREDIT**

⑈0503010694⑈ ⑆122000496⑆ 0566000006⑈ 10

PostngDate: 20170621
AccountNum: 566000006
Serial: 503010694
Amount: 1,228.00
DIN (Posting Reference # or Seq #): 77342657

170621045030020000213

PostngDate: 20170621
AccountNum: 566000006
Serial: 503010694
Amount: 1,228.00
DIN (Posting Reference # or Seq #): 77342657

# Exhibit

# 15

**Union**Bank    **CASHIER'S CHECK - PROCESSING COPY**    0503010772

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
47156    064

**\>\>\>\>\>\>\>\>\>1228.00**

One Thousand Two Hundred Twenty Eight Dollars And No Cents    July 21, 2017

PAY TO THE
ORDER OF    ·························· BSI FINANCIAL SERVICES ··························    $ \*\*\*\*\*\*1,228.00

REMITTER:    MATTHEW B. MIELNIK 9:15-bk-12180-PC    **NON-NEGOTIABLE CREDIT**

⑃0503010772⑃ ⑉122000496⑉ 0566000006⑃    10

PostngDate: 20170721
AccountNum: 566000006
Serial: 503010772
Amount: 1,228.00
DIN (Posting Reference # or Seq #): 77509195

PostngDate: 20170721
AccountNum: 566000006
Serial: 503010772
Amount: 1,228.00
DIN (Posting Reference # or Seq #): 77509195

# Exhibit

# 16

**CASHIER'S CHECK - PROCESSING COPY**    0503010833

Overlay ID 00247-13 (062007)

16-49
1220

**UnionBank**

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
43072    109

One Thousand One Hundred Sixty Two Dollars And No Cents    August 31, 2017

$ ******1,162.00

PAY TO THE
ORDER OF ······················ BSI FINANCIAL SERVICES ····························

**NON-NEGOTIABLE CREDIT**

REMITTER:    MATTHEW B MIELNIK 9:15-BK-12180-PC

⑈0503010833⑈ ⑆122000496⑆ 0566000006⑈ 10

---

PostngDate: 20170831
AccountNum: 566000006
Serial: 503010833
Amount: 1,162.00
DIN (Posting Reference # or Seq #): 77073006

---

PostngDate: 20170831
AccountNum: 566000006
Serial: 503010833
Amount: 1,162.00
DIN (Posting Reference # or Seq #): 77073006

# Exhibit

# 17


**Union**Bank

CASHIER'S CHECK - PROCESSING COPY     0503010906     16-49
1220

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
47156     049

One Thousand One Hundred Sixty Two Dollars And No Cents     October 12, 2017

PAY TO THE
ORDER OF     ·························· BSI FINANCIAL SERVICES ··························     $ ******1,162.00

REMITTER:     MATTHEW B MIELNIK 9:15-BK-12180-PC

**NON-NEGOTIABLE
CREDIT**

⑈0503010906⑈ ⑆122000496⑆ 0566000006⑈     10

PostngDate: 20171012
AccountNum: 566000006
Serial: 503010906
Amount: 1,162.00
DIN (Posting Reference # or Seq #): 77667163

17101204503001000252

PostngDate: 20171012
AccountNum: 566000006
Serial: 503010906
Amount: 1,162.00
DIN (Posting Reference # or Seq #): 77667163

# Exhibit

# 18

**CASHIER'S CHECK - PROCESSING COPY**    0503011028

Overlay ID 00547-T3 (08/2007)

16-49
1220

**UnionBank**

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
43072    110

One Thousand One Hundred Sixty Two Dollars And No Cents    December 21, 2017

PAY TO THE
ORDER OF ················· BSI FINANCIAL SERVICES ·················    $ ******1,162.00

REMITTER:    MATTHEW B MIELNIK 9:15-BK-12180-PC

**NON-NEGOTIABLE
CREDIT**

⑈0503011028⑈ ⑆122000496⑆ 0566000006⑈    10

PostngDate: 20171221
AccountNum: 566000006
Serial: 503011028
Amount: 1,162.00
DIN (Posting Reference # or Seq #): 77353856

PostngDate: 20171221
AccountNum: 566000006
Serial: 503011028
Amount: 1,162.00
DIN (Posting Reference # or Seq #): 77353856

# Exhibit

# 19

**CASHIER'S CHECK - PROCESSING COPY**   0503011115

**Union**Bank

MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
43072    096

One Thousand One Hundred Sixty Two Dollars And No Cents    February 14, 2018

PAY TO THE
ORDER OF   ························· BSI FINANCIAL SERVICES ·······························

$ ******1,162.00

**NON-NEGOTIABLE
CREDIT**

REMITTER:   MATTHEW B MIELNIK 9:15-BK-12180-PC

⑈0503011115⑈ ⑆122000496⑆ 0566000006⑈  10

PostngDate: 20180214
AccountNum: 566000006
Serial: 503011115
Amount: 1,162.00
DIN (Posting Reference # or Seq #): 77382240

PostngDate: 20180214
AccountNum: 566000006
Serial: 503011115
Amount: 1,162.00
DIN (Posting Reference # or Seq #): 77382240

# Exhibit

# 20

**CASHIER'S CHECK - PROCESSING COPY**    0503011172    18-49
1220



MUFG UNION BANK, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486

40244    057

One Thousand One Hundred Sixty Two Dollars And No Cents    March 17, 2018

$ ******1,162.00

PAY TO THE
ORDER OF    ························· BSI FINANCIAL SERVICES ·························

**NON-NEGOTIABLE
CREDIT**

REMITTER:    MATTHEW B MIELNIK 9:15-BK-12180-PC

⑈0503011172⑈ ⑆122000496⑆ 0566000006⑈ 10

---

PostngDate: 20180319
AccountNum: 566000006
Serial: 503011172
Amount: 1,162.00
DIN (Posting Reference # or Seq #): 77551517

---

PostngDate: 20180319
AccountNum: 566000006
Serial: 503011172
Amount: 1,162.00
DIN (Posting Reference # or Seq #): 77551517

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Law Offices Of Hagen & Hagen, 4559 San Blas Avenue, Woodland Hills, California 91364

A true and correct copy of the foregoing document entitled (*specify*):  Opposition By Debtor Matthew B. Mielnik To
Motion By US Bank Trust National Association, As Trustee Of Bungalow Series F Trust, Its Successors And Assigns
For Relief From The Automatic Stay; Declaration Of Matthew B. Mielnik

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
06/06/2018            , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)    06/06/2018          , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)                       , I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

06/06/2018     Jeffrey J Hagen
Date             Printed Name                                              Signature

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

### SECTION I - TO BE SERVED BY THE COURT VIA NEF

**Chapter 13 Trustee:**

Elizabeth (ND) F Rojas (TR)   cacb_ecf_nd@ch13wla.com

**United States Trustee:**

United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov

**Requests For Special Notice:**

None

**Requests For Courtesy Notification Of Electronic Filing:**

Luisa M Amador   luisa.amador@bankofamerica.com

Marlene Brookman   marlene.brookman@bankofamerica.com

Essa Gye   essa.gye@bankofamerica.com

Taka D Hudson   taka.hudson@bankofamerica.com

Belinda Mcqueen   belinda.mcqueen@bankofamerica.com

Karin Murphy   prpbk@bsifinancial.com
                prpbk@bsifinancial.com

Robert T Phifer   robert.phifer@bankofamerica.com
                  walter.thompson@bankofamerica.com

Cassandra J Richey   cmartin@pralc.com
                     ecfcca@ecf.courtdrive.com

Lisa B Singer   bkmail@rosicki.com

Kendrick D Stribling   kendrick.stribling@bankofamerica.com

Kristin A Zilberstein   ecfnotifications@ghidottilaw.com

### SECTION II - SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL

**Debtor:**

Mr. Matthew B. Mielnik
3590 Amarillo Avenue
Simi Valley, California  93063

**Court's Manual Notice List:**

Bank Of America, N.A.
POBox 31785
Tampa, FL 33631-3785